FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JILBERTO OLGUIN CENTENO,<br><br>Defendant. | Case No. 16-344M<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 18, 2016, Defendant Jilberto Olguin Centenoedina-Pulido appeared before the Court for initial appearance re revocation of supervised release in the above-referenced matter, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

II.

The Court finds that

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

  ☒ Lack of bail resources

  ☒ Refusal to interview with Pretrial Services

  ☒ No available information regarding residence or employment stable residence or employment

  ☒ Previous arrests for failure to appear and probation violations

  ☒ outstanding warrants

  ☒ Allegations in petition

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

C. ☒ Nature of previous criminal convictions

  ☒ Allegations in petition involve multiple violations of supervised release

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: February 19, 2016

            /s/
            _____
            HON. ALKA SAGR
            UNITED STATES MAGISTRATE JUDGE